**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

Case number *(if known)* _____  Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bowen Industrial Contractors, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 74-2326815 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14755 Montana Ave.<br>El Paso, TX 79938<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| El Paso<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://bowenindustrialcontractors.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Bowen Industrial Contractors, Inc.        Case number *(if known)* _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

| Debtor | Bowen Industrial Contractors, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Bowen Industrial Contractors, Inc.                              Case number (*if known*) _____
          Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 23, 2026
               MM / DD / YYYY

X  /s/   Jodie Bowen-Newby                              Jodie Bowen-Newby
   Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

X  /s/ Carlos A. Miranda                        Date    April 23, 2026
   Signature of attorney for debtor                     MM / DD / YYYY

Carlos A. Miranda
Printed name

Miranda Maldonado PC
Firm name

5915 Silver Springs Bldg 7
El Paso, TX 79912
Number, Street, City, State & ZIP Code

Contact phone    (915) 587-5000    Email address    legal@eptxlawyers.com

14199582 TX
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Bowen Industrial Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 23, 2026      **X** /s/   Jodie Bowen-Newby
                                         Signature of individual signing on behalf of debtor

                                           Jodie Bowen-Newby
                                           Printed name

                                           President
                                           Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name____Bowen Industrial Contractors, Inc._____

United States Bankruptcy Court for the:___WESTERN DISTRICT OF TEXAS, EL PASO DIVISION____

Case number (if known)_____

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $     1,865,131.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $     1,865,131.66

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     2,290,717.87

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     1,430,084.90

4. **Total liabilities** ..........................................................................................................................
Lines 2 + 3a + 3b $     3,720,802.77

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bowen Industrial Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Frost Bank | Checking | 4591 | $17,225.14 |
| 3.2. | Frost Bank | Checking | 4575 | $0.00 |
| 3.3. | Frost Bank | Money Market | 3293 | $395.44 |
| 3.4. | Frost Bank | Checking | 4389 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$17,620.58

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Bowen Industrial Contractors, Inc.                          Case number *(If known)*
           Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**  **Accounts receivable**

11a. 90 days old or less: _____242,991.08_____  -  _____0.00____ = .... _____$242,991.08____
              face amount               doubtful or uncollectible accounts

**12.**  **Total of Part 3.**                                                              $242,991.08

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** 6 Dell Laptops, 1 HP Laptop, 2 Asus Laptops, 4 Dell Desktops, 4 Dell Monitors, 2 BenQ Monitors, 1 ViewSonic Monitor, 1 RCA Monitor, 4 HP Printers, 2 Conon Printers, 1 Ricoh Printer, and 5 Epson Scanners | $5,030.00 | Liquidation | $5,030.00 |

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                          page 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  __Bowen Industrial Contractors, Inc.__  Case number *(If known)* _____
         Name

43. **Total of Part 7.**                                                  | $5,030.00 |
    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.   Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Enterprise Fleet Management Vehicles - See Attached Exhibit "D" | $500,000.00 | Comparable sale | $500,000.00 |
| 47.2.  Ford Motor Credit - See Attached Exhibit "F" | $500,000.00 | Comparable sale | $500,000.00 |
| 47.3.  HERC Rentals - See Attached Exhibit "E" | $0.00 | | $0.00 |
| 47.4.  2022 Toyota Tundra Vin 5TFLA5DB4NX054631 | $0.00 | Comparable sale | $41,000.00 |
| 47.5.  2001 International Water Truck Vin 1HTSCABM21H401660<br><br>2003 International Water Truck Vin 1HTMMAAL43H583038 | $0.00 | | $150,000.00 |
| 47.6.  Trucks Free and Clear - See Attached Exhibit "A" | $373,500.00 | Comparable sale | $373,500.00 |
| 47.7.  Trailers Free and Clear - See Attached Exhibit "B" | $5,000.00 | Liquidation | $5,000.00 |
| 47.8.  2023 Nissan Murano | $24,990.00 | Comparable sale | $24,990.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                        page 3

| Debtor | Bowen Industrial Contractors, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| Machinery & Equipment Free and Clear - See Attached Exhibit "C" | | $5,000.00 | Liquidation | $5,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,599,490.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9: Real property**

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10: Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** Master Service Agreement with Freeport-McMoran Corporation. | $0.00 | | $0.00 |
| Master Service Agreement with Kinder Morgan Contracting Services, LLC | $0.00 | | $0.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Bowen Industrial Contractors, Inc.                          Case number *(If known)*
          Name

☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Bowen Industrial Contractors, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,620.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $242,991.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,030.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,599,490.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,865,131.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,865,131.66 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bowen Industrial Contractors, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Alliance Funding Group**
Creditor's Name

18231 Irvine Blvd, Suite 200
Tustin, CA 92780
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2001 International Water Truck Vin 1HTSCABM21H4016602003 International Water Truck Vin 1HTMMAAL43H583038

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $150,000.00 | $150,000.00 |
|---|---|---|

**2.2 Ally Financial**
Creditor's Name

P.O.Box 71119
Charlotte, NC 28272
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Nissan Murano

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $39,064.91 | $24,990.00 |
|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Bowen Industrial Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | **Enterprise FM Trust**

Creditor's Name

600 Corporate Park Dr.
Saint Louis, MO 63105

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Enterprise Fleet Management Vehicles - See Attached Exhibit "D"

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$123,405.70      $500,000.00

---

**2.4** | **Ford Motor Credit**

Creditor's Name

P.O. Box 650574
Dallas, TX 75265

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Ford Motor Credit - See Attached Exhibit "F"

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$493,526.34      $500,000.00

---

**2.5** | **HERC Rentals**

Creditor's Name
Attn: Bankruptcy
27500 Riverview Center
Blvd, Suite 100
Bonita Springs, FL 34134

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
HERC Rentals - See Attached Exhibit "E"

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$290,098.27      $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

| Debtor | Bowen Industrial Contractors, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | LG Funding | Describe debtor's property that is subject to a lien | $914,162.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

c/o Lieberman & Lestzick
70 East Sunrise Highway,
Suite 605
Valley Stream, NY 11581

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | MobyCap | Describe debtor's property that is subject to a lien | $241,500.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

905 W Oltorf St.
Austin, TX 78704

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Toyota Financial Services | Describe debtor's property that is subject to a lien | $38,960.65 | $41,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2022 Toyota Tundra Vin 5TFLA5DB4NX054631 | | |

PO Box 22171
Tempe, AZ 85285

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor     Bowen Industrial Contractors, Inc.                                    Case number (if known)   _____
                   Name

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,290,717.87 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lieberman & Lestzick<br>633 NE 167th Street, Suite 1218<br>Miami, FL 33162 | Line  2.6 | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Bowen Industrial Contractors, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS, EL PASO DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>AFCO Insurance Premium Finance<br>150 North Field Dr., Suite 190<br>Lake Forest, IL 60045 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,072.42 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Airgas USA, LLC<br>259 North Radnor-Chester Road, Suite 100<br>Wayne, PA 19087 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,601.71 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| **3.3** **Nonpriority creditor's name and mailing address**<br>American Sling<br>7150 Copper Queen Dr.<br>El Paso, TX 79915 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,554.36 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Amex<br>Correspondence/Bankruptcy<br>P.O. Box 981535<br>El Paso, TX 79998 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,663.18 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 2007 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor __Bowen Industrial Contractors, Inc.__     Case number (if known) _____
     Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,795.86 |
|---|---|---|---|

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1000_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,583.87 |
|---|---|---|---|

Area Iron & Steel Works, Inc.
4605 Osborne Dr
El Paso, TX 79922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,741.23 |
|---|---|---|---|

Assurity Life Insurance Company
P.O. Box 82533
Lincoln, NE 68501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,257.32 |
|---|---|---|---|

Bank of America
Attn: Bankruptcy
P.O. Box 15019
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3113_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,557.35 |
|---|---|---|---|

Bank of America
Attn: Bankruptcy
P.O. Box 15019
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8868_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,502.04 |
|---|---|---|---|

Bank of America
Attn: Bankruptcy
P.O. Box 15019
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8373_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,206.16 |
|---|---|---|---|

Blue Cross Blue Shield of Texas
P.O. Box 660044
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   Bowen Industrial Contractors, Inc.                          Case number (if known) _____
         _____
         Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

Brazosport Safety Council, Inc.
1002 ABC Ave
Freeport, TX 77541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $993.62 |
|---|---|---|---|

Bronco Disposal
7713 Alameda Ave
El Paso, TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $124.68 |
|---|---|---|---|

Camino Real Regional Mobility Authority
801 Texas Avenue
El Paso, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,865.58 |
|---|---|---|---|

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3379

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.77 |
|---|---|---|---|

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9740

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $584.12 |
|---|---|---|---|

Casa Ford
5815 Montana Ave.
79925

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $230.47 |
|---|---|---|---|

Chaparral Steel Supply
312 McCombs Rd
Chaparral, NM 88081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,150.82 |
|---|---|---|---|

Charter Communications
2 Digital Place, 4th floor
Simpsonville, SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Bowen Industrial Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,625.61**

Chase Card Services
Attn: Bankruptcy
P.O. Box 15299
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5454

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,398.58**

Cross Country Infrastructure Services
3701 N FM 1788
Midland, TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,807.08**

DISA Global Solutions, Inc.
11740 Katy Freeway, Suite 900
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,866.23**

El Paso Bolt & Screw Co.
7058 Alameda Ave
El Paso, TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,226.93**

El Paso Metals & Supply, Inc.
7000 Industrial Ave.
El Paso, TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,720.26**

El Paso Pipe & Pump Supply Co.
7171 Chino Dr.
El Paso, TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289,809.40**

Fibergrate Composite Structure
1234 JOHNSON RD, STE 366
Allen, TX 75013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,140.56**

Fleetio
1900 2nd Ave. North, Suite 300
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor  Bowen Industrial Contractors, Inc.                    Case number (if known) _____
           Name

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | $32.85 |

Fort Bend County Clerk
301 Jackson Street, Suite 101
Richmond, TX 77469

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | $322.09 |

Fort Bend County Toll Road Authority
4120 International Parkway, Suite 1100
Carrollton, TX 75007

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | Unknown |

Gabriel G. Ochoa (Deceased)
c/o Justin Ross Kaufman
125 Lincoln Ave., Suite 402
Santa Fe, NM 87501

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | $7,158.26 |

Harris County Toll Road Authority
7701 Wilshire Pl Dr.
Houston, TX 77040

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | $203.02 |

Henderson Fire Protection, Inc.
5240 Gunter Ave.
El Paso, TX 79904

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | $14,708.63 |

Home Depot Credit Services
P.O. Box 70293
Philadelphia, PA 19176

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  4378
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | $2,542.88 |

HR Service, Inc.
650 Elbert Circle
Alpine, UT 84004

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | $25,116.25 |

HUB International
601 N Mesa St #1550
El Paso, TX 79901

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Bowen Industrial Contractors, Inc.                          Case number (if known)
          Name

| | | |
|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00

Island Foundation, Inc.
589 Mill St.
P.O. Box 1605
Marion, MA 02738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.91

J.J. Keller & Associates, Inc.
PO Box 368
Neenah, WI 54957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $401,334.03

Jodie Bowen-Newby
1141 Rose Lane
New Braunfels, TX 78132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,627.95

Johnson Controls Security Solutions
6600 Congress Ave
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,429.75

Kemp Smith, LLP
Attn: James W. Brewer
221 N. Kansas, Suite 1700
El Paso, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $317.42

Linde Gas & Equipment Inc.
7000 High Grove Blvd.
Burr Ridge, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,729.63

Massachusetts Mutual Life Insurance Co.
P.O. Box 92485
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $704.65

Master Halco
3010 Lyndon B Johnson Fwy, Suite 800
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    Bowen Industrial Contractors, Inc.                                    Case number (if known) _____
            Name

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$19,403.62**

3.44 | **Nonpriority creditor's name and mailing address**
MetLife
200 Park Avenue
New York, NY 10166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.45 | **Nonpriority creditor's name and mailing address**      **$1,615.94**
Mission Linen Supply
14091409 Texas Ave.
El Paso, TX 79901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.46 | **Nonpriority creditor's name and mailing address**      **$904.97**
Mullen-Telles, Inc.
905 Loma Verde Dr.
El Paso, TX 79936

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.47 | **Nonpriority creditor's name and mailing address**      **$3,305.38**
NEFCO
PO Box 280186
East Hartford, CT 06128

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.48 | **Nonpriority creditor's name and mailing address**      **$2,720.05**
Nova Safety Products, Inc.
2112 Wyoming Ave.
El Paso, TX 79903

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.49 | **Nonpriority creditor's name and mailing address**      **$2,544.00**
Registered Agent Solutions, Inc.
5301 Southwest Pkwy #400
Austin, TX 78735

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.50 | **Nonpriority creditor's name and mailing address**      **$3,990.10**
Reycon Construction Solutions, LLP
3621 Lee Blvd.
El Paso, TX 79936

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.51 | **Nonpriority creditor's name and mailing address**      **$5,175.39**
Rhino Linings Corporation
9747 Businesspark Ave.
San Diego, CA 92131

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Bowen Industrial Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,664.62**

SAP Ariba, Inc.
3999 West Chester Pike
Newtown Square, PA 19073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,013.70**

Sarabia's Portable Jons & Blue Sanitatio
5853 Welch Ave.
El Paso, TX 79905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,361.28**

ScaffSource
2751 Aaron Street
Deer Park, TX 77536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,000.00**

Summit Fleet
5251 E. 42nd St.
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,118.00**

Texas Mutual Insurance Company
P.O. Box 12029
Austin, TX 78711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,598.50**

The Retirement Plan Company
My Plan Admin
PO Box 50
Lakeland, FL 33802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,279.90**

Think Safety
665 Highland Colony Pkwy.
Ridgeland, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,300.00**

Tipco Ent., LLC
6204 S FM 1788
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor __Bowen Industrial Contractors, Inc.__  Case number (if known) _____
     Name

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $140.00 |
|---|---|---|---|
| | Transamerica Retirement Solutions<br>6400 C Street SW.<br>Cedar Rapids, IA 52499 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,943.44 |
|---|---|---|---|
| | Trimble, Inc.<br>10368 Westmoor Drive<br>Broomfield, CO 80021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,880.39 |
|---|---|---|---|
| | UniFirst Uniform Services<br>6928-A Commerce Ave.<br>El Paso, TX 79915 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,793.48 |
|---|---|---|---|
| | United Rentals<br>100 First Stamford Place, Suite 700<br>Stamford, CT 06902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,301.09 |
|---|---|---|---|
| | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,932.03 |
|---|---|---|---|
| | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,471.81 |
|---|---|---|---|
| | Wagner Equipment Company<br>6960 Commerce Ave.<br>El Paso, TX 79915 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,044.13 |
|---|---|---|---|
| | Wex Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _2801_ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  Bowen Industrial Contractors, Inc.                           Case number (if known) _____
_____
Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,269.79 |

Williams Manufacturing Services
11517 Confederate Dr.
El Paso, TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $858.76 |

WillScot
6400 E McDowell Road, Suite 300
Scottsdale, AZ 85257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,430,084.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,430,084.90 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Bowen Industrial Contractors, Inc.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS, EL PASO DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease - 14755 Montana Ave., El Paso, Texas 79938 | |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | Dave Newby<br>1141 Rose Lane<br>New Braunfels, TX 78132 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement No. 8990900063 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Freeport-McMoran Corporation<br>850 Hawkins Blvd.<br>El Paso, TX 79915 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement - 3801 Saturn Rd., Unit 103, Corpus Christi, Texas 78413 | |
| | State the term remaining | 2 Months | |
| | List the contract number of any government contract | | Gami L.P.<br>3802 Saturn Road, Suite 101<br>Corpus Christi, TX 78413 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | General Services Agreement No. 104839 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Kinder Morgan Contracting Services, LLC<br>1001 1001 Louisiana St., Suite 1000<br>Houston, TX 77002 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bowen Industrial Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jodie Bowen-Newby | 1141 Rose Lane New Braunfels, TX 78132 | LG Funding | ☒ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Jodie Bowen-Newby | 1141 Rose Lane New Braunfels, TX 78132 | MobyCap | ☒ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bowen Industrial Contractors, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $846,860.77 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other _____ | $11,814,812.06 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $15,519,347.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Bowen Industrial Contractors, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Schmidt, Sethi & Akmajian<br>1790 E River Rd., Suite 300<br>Tucson, AZ 85718 | 01/29/2026 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Lawsuit |
| 3.2. | WEX Enterprise Fleet | 02/17/2026,<br>03/23/2026 | $59,766.86 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Home Depot Credit Services | 01/12/2026 to<br>03/31/2026 | $10,933.86 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Fibergrate | 03/13/2026 | $417,831.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.5. | Fleetio<br>1900 2nd Ave North, Suite 300<br>Birmingham, AL 35203 | 03/20/2026 | $15,570.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.6. | HERC Rentals | 03/31/2026 | $27,706.85 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | Aetna | 02/03/2026,<br>03/03/2026,<br>04/02/2026 | $56,629.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.8. | AFCO Insurance Premium Finance | 01/27/2026,<br>02/27/2026,<br>03/03/2026,<br>03/30/2026,<br>04/03/2026 | $245,194.84 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Bowen Industrial Contractors, Inc.                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  Ford Motor Credit | 01/26/2026, 01/27/2026, 02/09/2026, 02/17/2026, 02/25/2026, 02/27/2026, 03/16/2026, 03/25/2026, 03/27/2026 | $31,832.52 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. LG Funding | 1/22/2026, 1/23/2026, 1/29/2026, 1/30/2026, 2/4/2026, 2/6/2026, 2/10/2026, 2/11/2026, 2/13/2026, 2/18/2026, 2/20/2026, 2/25/2026, 2/26/2026, 2/27/2026, 3/4/2026, 3/5/2026, 3/6/2026, 3/11/2026, 3/13/2026, 3/18/2026, 3/20/2026, 3/24/2026, 3/25/2026, 3/27/2026, 4/1/2026, 4/3/2026 | $237,941.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Transamerica | 1/22/2026, 1/29/2026, 2/4/2026, 2/4/2026, 2/17/2026, 2/20/2026, 2/26/2026, 3/6/2026, 3/12/2026, 3/20/2026, 3/26/2026, 4/2/2026, 4/6/2026, 4/6/2026, 4/9/2026 | $26,342.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.12. Mobycap | 1/21/2026, 1/28/2026, 3/2/2026, 3/9/2026, 3/16/2026, 3/23/2026, 3/30/2026 | $50,382.18 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Bowen Industrial Contractors, Inc. | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.13. | Amex Correspondence/Bankruptcy P.O. Box 981535 El Paso, TX 79998 | 01/27/2026 | $22,531.34 | ☐ Secured debt ☒ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.14. | Assurity | 04/03/2026 | $8,515.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☒ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| HERC Rentals Attn: Bankruptcy 27500 Riverview Center Blvd., Suite 100 Bonita Springs, FL 34134 | See Attached Exhibit "E" | 04/10/2026 | $0.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. In The Matter Of Gabriel G Ochoa D-101-CV-202502531 | Civil | First Judicial District Court, Santa Fe County 225 Montezuma Ave. Santa Fe, NM 87501 | ☐ Pending ☐ On appeal ☒ Concluded |

Debtor  Bowen Industrial Contractors, Inc. _____  Case number *(if known)* _____

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Miranda & Maldonado, P.C.<br>5915 Silver Springs Dr., Bldg. 7<br>El Paso, TX 79912 | | April 7, 2026 | $5,000.00 |
| | **Email or website address**<br>cmiranda@eptxlawyers.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **5**

| Debtor | Bowen Industrial Contractors, Inc. | Case number *(if known)* | |
|---|---|---|---|

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 6 |
|---|---|---|

| Debtor | Bowen Industrial Contractors, Inc. | Case number *(if known)* | |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

---

Debtor  **Bowen Industrial Contractors, Inc.**  _____  Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Michael C. Henry, CPA, P.C.<br>1280 Hawkins Blvd.<br>El Paso, TX 79925 | 01/01/1984 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Michael C. Henry, CPA, P.C.<br>1280 Hawkins Blvd.<br>El Paso, TX 79925 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jodie Bowen-Newby | 1141 Rose Lane<br>New Braunfels, TX 78132 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **8**

| Debtor | Bowen Industrial Contractors, Inc. | Case number *(if known)* | |

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Jodie Bowen-Newby<br>1141 Rose Lane<br>New Braunfels, TX 78132 | $143,496.36 | 04/27/2025 -<br>04/19/2026 | Salary |
| | **Relationship to debtor**<br>President | | | |
| 30.2 . | David A Newby | $21,174.47 | 04/27/2025 -<br>03/29/2026 | Consulting Fees |
| | **Relationship to debtor**<br>Spouse of President | | | |
| 30.3 . | Zane Mauldin | $122,070.11 | 04/27/2025 -<br>04/19/2026 | Salary |
| | **Relationship to debtor**<br>Son of President | | | |
| 30.4 . | Zach James Mauldin | $25,158.92 | 04/27/2025 -<br>04/12/2026 | Salary |
| | **Relationship to debtor**<br>Son of President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Bowen Industrial Contractors, Inc.                           Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        April 23, 2026

/s/   Jodie Bowen-Newby                          Jodie Bowen-Newby
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor        President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Texas, El Paso Division

In re    Bowen Industrial Contractors, Inc.                                          Case No.
                                                      Debtor(s)              Chapter        7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ..................................................... $         5,000.00

   Prior to the filing of this statement I have received........................................ $         5,000.00

   Balance Due .................................................................................................... $             0.00

2.   The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [List other services that counsel has agreed to provide]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   April 23, 2026                                          /s/ Carlos A. Miranda
   *Date*                                                   Carlos A. Miranda
                                                            *Signature of Attorney*
                                                            Miranda Maldonado PC
                                                            5915 Silver Springs Bldg 7
                                                            El Paso, TX 79912
                                                            (915) 587-5000   Fax:
                                                            legal@eptxlawyers.com
                                                            *Name of law firm*

---

# United States Bankruptcy Court
## Western District of Texas, El Paso Division

In re    Bowen Industrial Contractors, Inc.             Case No.        

                       Debtor(s)         Chapter    7        

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:      April 23, 2026                  /s/ Jodie Bowen-Newby

                                                Jodie Bowen-Newby/President

                                                  Signer/Title

AFCO Insurance Premium Finance
150 North Field Dr., Suite 190
Lake Forest, IL 60045


Airgas USA, LLC
259 North Radnor-Chester Road, Suite 100
Wayne, PA 19087


Alliance Funding Group
18231 Irvine Blvd, Suite 200
Tustin, CA 92780


Ally Financial
P.O.Box 71119
Charlotte, NC 28272


American Sling
7150 Copper Queen Dr.
El Paso, TX 79915


Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998


Area Iron & Steel Works, Inc.
4605 Osborne Dr
El Paso, TX 79922


Assurity Life Insurance Company
P.O. Box 82533
Lincoln, NE 68501


Bank of America
Attn: Bankruptcy
P.O. Box 15019
Wilmington, DE 19886


Blue Cross Blue Shield of Texas
P.O. Box 660044
Dallas, TX 75266


Brazosport Safety Council, Inc.
1002 ABC Ave
Freeport, TX 77541


Bronco Disposal
7713 Alameda Ave
El Paso, TX 79915


Camino Real Regional Mobility Authority
801 Texas Avenue
El Paso, TX 79901

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130


Casa Ford
5815 Montana Ave.
79925


Chaparral Steel Supply
312 McCombs Rd
Chaparral, NM 88081


Charter Communications
2 Digital Place, 4th floor
Simpsonville, SC 29681


Chase Card Services
Attn: Bankruptcy
P.O. Box 15299
Wilmington, DE 19850


City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1588


Cross Country Infrastructure Services
3701 N FM 1788
Midland, TX 79707


Dave Newby
1141 Rose Lane
New Braunfels, TX 78132


DISA Global Solutions, Inc.
11740 Katy Freeway, Suite 900
Houston, TX 77079


El Paso Bolt & Screw Co.
7058 Alameda Ave
El Paso, TX 79915


El Paso Metals & Supply, Inc.
7000 Industrial Ave.
El Paso, TX 79915


El Paso Pipe & Pump Supply Co.
7171 Chino Dr.
El Paso, TX 79915


Enterprise FM Trust
600 Corporate Park Dr.
Saint Louis, MO 63105

Fibergrate Composite Structure
1234 JOHNSON RD, STE 366
Allen, TX 75013


Fleetio
1900 2nd Ave. North, Suite 300
Birmingham, AL 35203


Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265


Fort Bend County Clerk
301 Jackson Street, Suite 101
Richmond, TX 77469


Fort Bend County Toll Road Authority
4120 International Parkway, Suite 1100
Carrollton, TX 75007


Freeport-McMoran Corporation
850 Hawkins Blvd.
El Paso, TX 79915


Gabriel G. Ochoa (Deceased)
c/o Justin Ross Kaufman
125 Lincoln Ave., Suite 402
Santa Fe, NM 87501


Gami L.P.
3802 Saturn Road, Suite 101
Corpus Christi, TX 78413


Harris County Toll Road Authority
7701 Wilshire Pl Dr.
Houston, TX 77040


Henderson Fire Protection, Inc.
5240 Gunter Ave.
El Paso, TX 79904


HERC Rentals
Attn: Bankruptcy
27500 Riverview Center Blvd, Suite 100
Bonita Springs, FL 34134


Home Depot Credit Services
P.O. Box 70293
Philadelphia, PA 19176


HR Service, Inc.
650 Elbert Circle
Alpine, UT 84004

HUB International
601 N Mesa St #1550
El Paso, TX 79901


Island Foundation, Inc.
589 Mill St.
P.O. Box 1605
Marion, MA 02738


J.J. Keller & Associates, Inc.
PO Box 368
Neenah, WI 54957


Johnson Controls Security Solutions
6600 Congress Ave
Boca Raton, FL 33487


Kemp Smith, LLP
Attn: James W. Brewer
221 N. Kansas, Suite 1700
El Paso, TX 79901


Kinder Morgan Contracting Services, LLC
1001 1001 Louisiana St., Suite 1000
Houston, TX 77002


LG Funding
c/o Lieberman & Lestzick
70 East Sunrise Highway, Suite 605
Valley Stream, NY 11581


Lieberman & Lestzick
633 NE 167th Street, Suite 1218
Miami, FL 33162


Linde Gas & Equipment Inc.
7000 High Grove Blvd.
Burr Ridge, IL 60527


Massachusetts Mutual Life Insurance Co.
P.O. Box 92485
Chicago, IL 60675


Master Halco
3010 Lyndon B Johnson Fwy, Suite 800
Dallas, TX 75234


MetLife
200 Park Avenue
New York, NY 10166


Mission Linen Supply
14091409 Texas Ave.
El Paso, TX 79901

MobyCap
905 W Oltorf St.
Austin, TX 78704


Mullen-Telles, Inc.
905 Loma Verde Dr.
El Paso, TX 79936


NEFCO
PO Box 280186
East Hartford, CT 06128


Nova Safety Products, Inc.
2112 Wyoming Ave.
El Paso, TX 79903


Registered Agent Solutions, Inc.
5301 Southwest Pkwy #400
Austin, TX 78735


Reycon Construction Solutions, LLP
3621 Lee Blvd.
El Paso, TX 79936


Rhino Linings Corporation
9747 Businesspark Ave.
San Diego, CA 92131


SAP Ariba, Inc.
3999 West Chester Pike
Newtown Square, PA 19073


Sarabia's Portable Jons & Blue Sanitatio
5853 Welch Ave.
El Paso, TX 79905


ScaffSource
2751 Aaron Street
Deer Park, TX 77536


Summit Fleet
5251 E. 42nd St.
Odessa, TX 79762


Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528


Texas Mutual Insurance Company
P.O. Box 12029
Austin, TX 78711

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778


The Retirement Plan Company
My Plan Admin
PO Box 50
Lakeland, FL 33802


Think Safety
665 Highland Colony Pkwy.
Ridgeland, MS 39157


Tipco Ent., LLC
6204 S FM 1788
Midland, TX 79706


Toyota Financial Services
PO Box 22171
Tempe, AZ 85285


Transamerica Retirement Solutions
6400 C Street SW.
Cedar Rapids, IA 52499


Trimble, Inc.
10368 Westmoor Drive
Broomfield, CO 80021


U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


UniFirst Uniform Services
6928-A Commerce Ave.
El Paso, TX 79915


United Rentals
100 First Stamford Place, Suite 700
Stamford, CT 06902


United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539


US Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045


Wagner Equipment Company
6960 Commerce Ave.
El Paso, TX 79915


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197


Williams Manufacturing Services
11517 Confederate Dr.
El Paso, TX 79936


WillScot
6400 E McDowell Road, Suite 300
Scottsdale, AZ 85257

# EXHIBIT A

## Exhibit "A" - Trucks Free and Clear

| Unit | Year | Make | Model | Mileage | Vin |
|------|------|------|-------|---------|-----|
| T003 | 2002 | FORD | F150 | | 2FTPF17Z02CA57141 |
| T005 | 2006 | FORD | F150 | | 1FTRW12W06KC60361 |
| T013 | 2006 | FORD | F250 | | 1FTNF21546EA25800 |
| T025 | 2004 | FORD | F350 | | 1FTSW31P34ED36805 |
| T039 | 2013 | Toyota | Tundra | 142,671 | 5TFCW5F19DX015005 |
| T041 | 2014 | Ford | F-150 | 149,066 | 1FTFW1CFXEKE47168 |
| T042 | 2019 | Ford | F-350 Super Duty | 269,772 | 1FT8W3BT1KEE01573 |
| T044 | 2014 | Ford | F-250 Super Duty | 172,866 | 1FT7W2BT1EEB03616 |
| T046 | 2017 | Chevrolet | Silverado 3500HD CC | 210,000 | 1GB4KYCG3HF112338 |
| T047 | 2006 | Ford | F-450 Super Duty | 134,125 | 1FDXF46P46EA42669 |
| T063 | 2020 | Ford | F-350 Super Duty | 143,171 | 1FD8W3HTXLEC56960 |

# EXHIBIT B

Exhibit "B" - Trailers Free and Clear

| Unit # | Make | Model | Vin |
|---|---|---|---|
| TH053 | TH053-4X10 TRAILER | BIG TEX | 16VDX102672E84797 |
| TH089 | TH089-PJ36-GOOSENECK TRAILER | GOOSENECK | 4PSGN322151073823 |
| TH090 | TH090-32' DUAL TANDEM TRAILER | BIG TEX | 16VGX242652679595 |
| TH093 | TH093-TRAILER | | |
| TH094 | TH094-TRAILER W/RAMPS | HOMEMADE | |
| TH140 | TH140-TRAILER-GRAY | TOPLINE UTILITY | 4GWFS1629VT000279 |
| TH400 | TH400-TRAILER | PACE AMERICAN | 47WZ536333X025540 |
| TL001 | TL001-HAUL TRAILER | PJ | 4P5CC202XA1147266 |
| TL003 | TL003-OPEN HAUL TRAILER | CM | 5VNBU1825AT085078 |
| TL004 | TL004-OPEN HAUL TRLR w/WTRDOG | BIG TEX | 16VPX162061337235 |
| TL005 | TL005-7x20 (WOOD) TRAILER | PJ | 4P5CC2023A1147187 |
| TL006 | TL006-7 X20 (STEEL) TRAILER | PJ | 4P5CC2025A1147188 |
| TL007 | TL007-UTILITY TRAILER | LIBERTY | 1L840TD606FL01937 |
| TL009 | TL009-8X32 DUAL TANDEM GSENCK | PJ | 4P5FD3221A1144379 |
| TL012 | TL012-TRAILER | HOMEMADE | |
| TL013 | TL013-PAINT & SANDPOT TRAILER | PJ | 4P5L6162791131966 |
| TL017 | TL017-COATING TRAILER 40' | MONGOOSE-HAUL | 5BKGU2026ZT406780 |
| TL022 | TL022-TRAILER | HOMEMADE | |
| TL024 | TL024-TAILER 7X12 | LARK UNITED | 571BE1227JM027836 |
| TL025 | TL025-TRAILER | LARK | 571BE122XJM027961 |
| TL027 | TL027-TRASH TRAILER | EAST TEXAS | 58SBU1627JE011318 |
| TL028 | TL028-18' HAUL TRAILER | HOMEMADE | TL028 |
| TL032 | TL032-HOMEMADE TRLR | HOMEMADE | |
| TL033 | TL033-HOMEMADE TRLR | HOMEMADE | |
| TL034 | TL034-HOMEMADE TRLR | HOMEMADE | |
| WS111 | WS111-48X12 OFC.-FM1 OFC. TRLR | | |

# EXHIBIT C

Exhibit "C" - Machinery & Equipment Free and Clear

| Unit # | Year | Make | Model | vin/serial # |
|--------|------|------|-------|--------------|
| BB006 |  | DEERE | 310J | 1T0310JXCBD215471 |
| BB007 | 2020 | CAT | 259D3 72" BUCKET | CW904262 |
| BC001 | 2003 | STERLING | TRUCK CRANE | 2FXAASAK13AL08464 |
| BE001 | 2020 | CAT | 308 W/24" BUCKET | GG802275 |
| BF001 |  | TEREX | ROUGH TERRAIN | 8390 |
| BF003 |  | JLG 6K | HIREACH FORKLIFT | 0160005996 |
| BF005 | 2006 | NISSAN | PL25 | PL02-003696 |
| BS119 |  | BS119-SCAFFOLD |  |  |

# EXHIBIT D

Exhibit "D" - Enterprise Fleet Management Vehicles

| unit # | year | make | model | mileage | vin |
|--------|------|------|-------|---------|-----|
| T054 | 2020 | Ford | F-250 Super Duty | 183,231 | 1FT7W2B63LEC13025 |
| T055 | 2020 | Ford | F-250 Super Duty | 175,301 | 1FT7W2B67LEC13027 |
| T057 | 2020 | Ford | F-250 Super Duty | 174,461 | 1FT7W2B65LEC13026 |
| T058 | 2019 | Ford | F-250 Super Duty | 187,487 | 1FT7W2B66KEF17206 |
| T060 | 2019 | Ford | F-450 Super Duty | 136,606 | 1FD0W4HT0KED94945 |
| T062 | 2019 | Ford | F-550 Super Duty | 158,262 | 1FD0W5HT0KEG88173 |
| T064 | 2019 | Ford | F-250 Super Duty | 208,609 | 1FT7W2BT3KEG21495 |
| T065 | 2019 | Ford | F-250 Super Duty | 184,711 | 1FT7W2BT0KEB21499 |
| T066 | 2020 | Ford | F-350 Super Duty | 160,451 | 1FD8W3HT6LEE52913 |
| T071 | 2022 | Ford | F-250 Super Duty | 183,182 | 1FT8W2BT0NEC26604 |
| T072 | 2022 | Ford | F-250 Super Duty | 180,402 | 1FT8W2BT9NEC26603 |
| T073 | 2022 | Ford | F-250 Super Duty | 138,500 | 1FT7W2B68NEC26601 |
| T074 | 2022 | Ford | F-250 Super Duty | 142,101 | 1FT8W2BT2NEC26605 |
| T075 | 2022 | Ford | F-250 Super Duty | 175,078 | 1FT8W2BT4NEC26606 |
| T076 | 2022 | Ford | F-250 Super Duty | 139,408 | 1FT8W2BT6NEC26607 |
| T077 | 2022 | Ford | F-250 Super Duty | 154,726 | 1FT7W2B6XNEC26602 |
| T078 | 2022 | Ford | F-250 Super Duty | 172,652 | 1FT7W2B63NEC26599 |
| T079 | 2022 | Ford | F-250 Super Duty | 122,811 | 1FT7W2B66NEC26600 |
| T080 | 2022 | Ford | F-550 Super Duty | 169,052 | 1FD0W5HT3NEC90959 |
| T081 | 2022 | Ford | F-350 Super Duty | 187,638 | 1FD8W3HT9NEC90956 |
| T082 | 2022 | Ford | F-350 Super Duty | 129,713 | 1FD8W3HT0NEC90957 |
| T084 | 2020 | Ford | F-150 | 84,879 | 1FTEW1C59LKD28317 |
| T085 | 2017 | Ford | F-150 | 40,345 | 1FTEW1C85HFA87060 |
| T086 | 2016 | Ford | F-150 | 54,847 | 1FTEW1CG7GFB29394 |
| T087 | 2020 | Ford | F-150 | 75,833 | 1FTEW1C52LFA22908 |

# EXHIBIT E

Exhibit "E" - HERC Rentals

| Unit | year | Make | Model |
| --- | --- | --- | --- |
| H183 | 2023 | Chevrolet | Silverado 2500HD |
| H211 | 2022 | Chevrolet | Silverado 2500HD |
| H213 | 2022 | Chevrolet | Silverado 2500HD |
| H215 | 2022 | Chevrolet | Silverado 2500HD |
| H216 | 2022 | Chevrolet | Silverado 2500HD |
| H217 | 2019 | Chevrolet | Silverado 2500HD |
| H219 | 2023 | Chevrolet | Silverado 2500HD |
| H220 | 2023 | Chevrolet | Silverado 2500HD |
| H222 | 2022 | Chevrolet | Silverado 2500HD |
| H224 | 2021 | Chevrolet | Silverado 2500HD |
| H225 | 2021 | Chevrolet | Silverado 2500HD |
| H243 | 2025 | Chevrolet | Silverado 1500 |
| H250 | 2022 | Chevrolet | Silverado 2500HD |
| H251 | 2022 | Chevrolet | Silverado 2500HD |
| H252 | 2023 | Chevrolet | Silverado 2500HD |
| H253 | 2022 | Chevrolet | Silverado 2500HD |
| H254 | 2022 | Ford | F-250 Super Duty |



Exhibit "F" - Ford Motor Credit Vehicles

| unit # | year | make | model | vin |
|--------|------|------|-------|-----|
| T089 | 2018 | Ford | F-350 Super Duty | 1FT8W3DT0JEB67826 |
| T090 | 2024 | Ford | F-250 Super Duty | 1FT8W2BT0REC42565 |
| T091 | 2024 | Ford | F-250 Super Duty | 1FT8W2BM9REC39169 |
| T092 | 2024 | Ford | F-250 Super Duty | 1FT7W2BA0RED76860 |
| T093 | 2025 | Ford | F-150 | 1FTFW3L55SFA15451 |
| T094 | 2024 | Ford | F-250 Super Duty | 1FT7W2BA2REE82243 |
| T095 | 2024 | Ford | F-250 Super Duty | 1FT7W2BAXREE87321 |
| T096 | 2024 | Ford | F-250 Super Duty | 1FT7W2BA8REE87592 |
| T097 | 2024 | Ford | F-250 Super Duty | 1FT7W2BT1REE54807 |
| T098 | 2024 | Ford | F-250 Super Duty | 1FT7W2BT6REC99431 |