**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **BOWEN INDUSTRIAL** | § | |
| **CONTRACTORS,** | § | |
| **INC.,** | § | **Case No. 26-30587-cgb** |
| | § | |
| **Debtor.** | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW Alliance Funding Group ("AFG") a creditor and party-in-interest in the above-styled Chapter 7 case and, pursuant to Fed. R. Bankr. P. 2002 and 9010(b), respectfully requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case and any case consolidated herewith, be given to and served upon the undersigned at said address:

Martin J. Lehman
PALMER LEHMAN SANDBERG, PLLC
8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206
Telephone: (214) 242-6444/Facsimile: (214) 265-1950
mlehman@pamlaw.com

Respectfully Submitted,

*/s/ Martin J. Lehman*
Martin J. Lehman
mlehman@pamlaw.com
State Bar No. 12172900
PALMER LEHMAN SANDBERG, PLLC
8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206
(214) 242-6444/ (214) 265-1950 FAX
Attorney for AFG

### CERTIFICATE OF SERVICE

The undersigned certifies that he served all parties requesting notice in this case with a copy of the foregoing Notice via this Court's ECF electronic filing system on the date of filing of the Notice (May 11, 2026).

*/s/  Martin J. Lehman*
Martin J. Lehman