**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **BOWEN INDUSTRIAL** | ) | |
| **CONTRACTORS, INC.,** | ) | **Case No. 26-30587-CGB** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

## NOTICE OF RESET SECTION 341 MEETING OF CREDITORS

You are hereby notified that the 341(a) meeting of creditors in the above styles and numbered cause has been reset to Friday June 26, 2026, at 10:00 am CST. The 341(a) meeting of creditors will take place via Zoom. Any party in interest wishing to participate must log into Zoom and enter Meeting ID 271 250 6827, Passcode 1208385126.

Respectfully Submitted,

**MIRANDA & MALDONADO, P.C.**

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
5915 Silver Springs, Bldg. 7
El Paso, Texas 79912
(915) 587-5000 (Telephone)
(915) 587-5001 (Facsimile)
**cmiranda@eptxlawyers.com**

Counsel for Debtor

## CERTIFICATE OF SERVICE

I, Carlos A. Miranda, Esq., do hereby certify that on June 2nd, 2026, a true and correct copy of the *Notice of Reset Section 341 Meeting of Creditors* was served, by facsimile mail and electronic mail as provided by this Court's ECF System and the attached *Matrix*:

/s/ Carlos A. Miranda, Esq.
Carlos A. Miranda, Esq.
Counsel for Debtor

Label Matrix for local noticing
0542-3
Case 26-30587-cgb
Western District of Texas
El Paso
Tue Jun  2 15:58:28 CDT 2026

Bowen Industrial Contractors, Inc.
14755 Montana Ave.
El Paso, TX 79938-7245

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

AFCO Insurance Premium Finance
150 North Field Dr., Suite 190
Lake Forest, IL 60045-2594

(p)AIRGAS USA LLC
110 W 7TH STREET
TULSA OK 74119-1031

(p)AIRGAS USA LLC
ATTN LEGAL DEPARTMENT
259 N RADNOR CHESTER RD
RADNOR PA 19087-5240

(p)ALLIANCE FUNDING GROUP
ATTN BRIAN KNOX
18231 IRVINE BOULEVARD
TUSTIN CA 92780-3432

Alliance Funding Group
PALMER LEHMAN SANDBERG, PLLC
8350 N. Central Expressway, Suite 1900
Dallas, Texas 75206-1604

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
P.O.Box 71119
Charlotte, NC 28272-1119

American Sling
7150 Copper Queen Dr.
El Paso, TX 79915-1225

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998-1535

Area Iron & Steel Works, Inc.
4605 Osborne Dr
El Paso, TX 79922-1025

Ariba, Inc.
attn: Joe Mitchell, Esq.
4521 Derby Lane
Smyrna, GA 30082-4018

Assurity Life Insurance Company
P.O. Box 82533
Lincoln, NE 68501-2533

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Blue Cross Blue Shield of Texas
P.O. Box 660044
Dallas, TX 75266-0044

Brazosport Safety Council, Inc.
1002 ABC Ave
Freeport, TX 77541-3889

Bronco Disposal
7713 Alameda Ave
El Paso, TX 79915-3920

CAB assignee of Motive Technologies
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

Camino Real Regional Mobility Authority
801 Texas Avenue
El Paso, TX 79901-1503

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Casa Ford
5815 Montana Ave. 79925-3389

Chaparral Steel Supply
312 McCombs Rd
Chaparral, NM 88081-7937

Charter Communications
2 Digital Place, 4th floor
Simpsonville, SC 29681-5789

Chase Card Services
Attn: Bankruptcy
P.O. Box 15299
Wilmington, DE 19850-5299

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Cross Country Infrastructure Services
3701 N FM 1788
Midland, TX 79707

Cross Country Infrastructure Services, Inc.
Timothy R. Ploch, P.C.
730 N. Post Oak Rd., Ste. 100
Houston, TX 77024-4051

DISA Global Solutions, Inc.
11740 Katy Freeway, Suite 900
Houston, TX 77079-1272

Dave Newby
1141 Rose Lane
New Braunfels, TX 78132-4538

EMBER CONSTRUCTION INC
2917 E Yandell Dr
El Paso, TX 79903-4011

El Paso Bolt & Screw Co.
7058 Alameda Ave
El Paso, TX 79915-3491

El Paso Metals & Supply, Inc.
7000 Industrial Ave.
El Paso, TX 79915-1187

El Paso Pipe & Pump Supply Co.
7171 Chino Dr.
El Paso, TX 79915-1223

Enterprise FM Trust
600 Corporate Park Dr.
Saint Louis, MO 63105-4204

Fibergrate Composite Structure
1234 JOHNSON RD, STE 366
Allen, TX 75013-1290

Fleetio
1900 2nd Ave. North, Suite 300
Birmingham, AL 35203-3620

Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265-0574

Ford Motor Credit Company LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fort Bend County Clerk
301 Jackson Street, Suite 101
Richmond, TX 77469-3108

Fort Bend County Toll Road Authority
4120 International Parkway, Suite 1100
Carrollton, TX 75007-1958

Freeport-McMoran Corporation
850 Hawkins Blvd.
El Paso, TX 79915-1216

Gabriel G. Ochoa (Deceased)
c/o Justin Ross Kaufman
125 Lincoln Ave., Suite 402
Santa Fe, NM 87501-2095

Gami L.P.
3802 Saturn Road, Suite 101
Corpus Christi, TX 78413-1917

(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4328

HR Service, Inc.
650 Elbert Circle
Alpine, UT 84004-1564

HUB International
601 N Mesa St #1550
El Paso, TX 79901-1225

Harris County Toll Road Authority
7701 Wilshire Pl Dr.
Houston, TX 77040-5326

Henderson Fire Protection Inc.
PO Box 4193
El Paso, TX 79914-4193

Henderson Fire Protection, Inc.
5240 Gunter Ave.
El Paso, TX 79904-2208

Home Depot Credit Services
P.O. Box 70293
Philadelphia, PA 19176-0293

Island Foundation, Inc.
589 Mill St.
P.O. Box 1605
Marion, MA 02738-0032

J.J. Keller & Associates, Inc.
PO Box 368
Neenah, WI 54957-0368

Johnson Controls Security Solutions
6600 Congress Ave
Boca Raton, FL 33487-1213

Kemp Smith, LLP
Attn: James W. Brewer
221 N. Kansas, Suite 1700
El Paso, TX 79901-1401

Kinder Morgan Contracting Services, LLC
1001 1001 Louisiana St., Suite 1000
Houston, TX 77002

LG Funding
c/o Lieberman & Lestzick
70 East Sunrise Highway, Suite 605
Valley Stream, NY 11581-1233

Lieberman & Lestzick
633 NE 167th Street, Suite 1218
Miami, FL 33162-2449

Linde Gas & Equipment Inc.
7000 High Grove Blvd.
Burr Ridge, IL 60527-7595

Massachusetts Mutual Life Insurance Co.
P.O. Box 92485
Chicago, IL 60675-2485

Master Halco
3010 Lyndon B Johnson Fwy, Suite 800
Dallas, TX 75234-2776

MetLife
200 Park Avenue
New York, NY 10166-1299

Mission Linen Supply
14091409 Texas Ave.
El Paso, TX 79901

MobyCap
905 W Oltorf St.
Austin, TX 78704-5325

(p)MTI READY MIX
905 LOMA VERDE DR
EL PASO TX 79936-7897

NEFCO
PO Box 280186
East Hartford, CT 06128-0186

Nova Safety Products, Inc.
2112 Wyoming Ave.
El Paso, TX 79903-3509

Registered Agent Solutions, Inc.
5301 Southwest Pkwy #400
Austin, TX 78735-8985

Reycon Construction Solutions, LLP
3621 Lee Blvd.
El Paso, TX 79936-1406

Rhino Linings Corporation
9747 Businesspark Ave.
San Diego, CA 92131-1661

SAP Ariba, Inc.
3999 West Chester Pike
Newtown Square, PA 19073-2305

Sarabia's Portable Jons & Blue Sanitati
5853 Welch Ave.
El Paso, TX 79905-1818

ScaffSource
2751 Aaron Street
Deer Park, TX 77536-1907

Summit Fleet
5251 E. 42nd St.
Odessa, TX 79762-5248

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Mutual Insurance Company
P.O. Box 12029
Austin, TX 78711-2029

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778-0001

The Retirement Plan Company
My Plan Admin
PO Box 50
Lakeland, FL 33802-0050

Think Safety
665 Highland Colony Pkwy.
Ridgeland, MS 39157-8720

Tipco Ent., LLC
6204 S FM 1788
Midland, TX 79706

Toyota Financial Services
PO Box 22171
Tempe, AZ 85285-2171

Transamerica Retirement Solutions
6400 C Street SW.
Cedar Rapids, IA 52499-0003

Trimble, Inc.
10368 Westmoor Drive
Broomfield, CO 80021-2796

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202-1794

US Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216-5512

UniFirst Uniform Services
6928-A Commerce Ave.
El Paso, TX 79915-1102

United Rentals
100 First Stamford Place, Suite 700
Stamford, CT 06902-9200

United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0009

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
San Antonio, TX 78295-1601

United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202

Wagner Equipment Company
6960 Commerce Ave.
El Paso, TX 79915-1102

(p)WEX BANK
1 HANCOCK STREET
PORTLAND ME 04101-4217

WillScot
6400 E McDowell Road, Suite 300
Scottsdale, AZ 85257-3194

Williams Manufacturing Services
11517 Confederate Dr.
El Paso, TX 79936-1404

c/o Martin J. Lehman
Palmer Lehman Sandberg, PLLC
8350 N. Central Expwy #1900
Dallas, Texas 75206-1604

Carlos A. Miranda
Miranda & Maldonado, P.C.
5915 Silver Springs
Bldg. 7
El Paso, TX 79912-4126

Christy L Heimer
PO Box 140193
Austin, TX 78714-0193

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Airgas USA, LLC
110 West 7th Street
Tulsa, OK 74119

Airgas USA, LLC
259 North Radnor-Chester Road, Suite 100
Wayne, PA 19087

Alliance Funding Group
18231 Irvine Blvd, Suite 200
Tustin, CA 92780

Bank of America
Attn: Bankruptcy
P.O. Box 15019
Wilmington, DE 19886

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205

(d)City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1588

HERC Rentals
Attn: Bankruptcy
27500 Riverview Center Blvd, Suite 100
Bonita Springs, FL 34134

Mullen-Telles, Inc.
905 Loma Verde Dr.
El Paso, TX 79936

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

Wex Bank
P.O. Box 4337
Carol Stream, IL 60197

End of Label Matrix
Mailable recipients    100
Bypassed recipients      0
Total                  100